IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**UNITED STATES OF AMERICA**                         **PLAINTIFF**

**V.**                **CASE NO. 3:23-CR-30009-002**

**ALLEN RAY THOMPSON**                            **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 83) filed in this case on January 23, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the *pro se* Motion for Sentence Modification (Doc. 80) is **DENIED**.

**IT IS SO ORDERED** on this 12th day of February, 2026.

                                       */s/ Timothy L. Brooks*
                                       TIMOTHY L. BROOKS
                                       CHIEF UNITED STATES DISTRICT JUDGE